Geoffrey H. Coll, Esquire
SCHIFF HARDIN LLP
666 Fifth Avenue, 17th Floor
New York, NY 10103
Tel: (212) 745-9551

Attorney for Defendants Wang Hongjun and Sun Jishuang

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>CHINA NORTHEAST PETROLEUM HOLDINGS LIMITED; WANG HONGJUN (a/k/a/ Hongjun Wang); JU GUIZHI (a/k/a Guizhi Ju); and JIANG CHAO (a/k/a Chao Jiang),<br><br>Defendants,<br><br>JIANG MINGFU (a/k/a Mingfu Jiang); and SUN JISHUANG (a/k/a Jishuang Sun),<br><br>Relief Defendants. | INDEX NO. 12 CV 8696 |

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for defendants Wang Hongjun (a/k/a Hongjun Wang) and Relief Defendant Sun Jishuang (a/k/a Jishuang Sun).

All notices given or required to be given in this case and all papers filed in this case shall be served upon the undersigned.

April 11, 2013  
New York, NY

Respectfully submitted,

Schiff Hardin LLP

By: _____  
Geoffrey H. Coll  
SDNY Bar No. GC2020  
666 Fifth Avenue, 17th Floor  
New York, NY 10103  
212 745-9551 (Telephone Number)  
212 753-5044 (Facsimile Number)

DC\80530377.1