UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
UNITED STATES SECURITIES AND                                :
EXCHANGE COMMISSION,                                        :
                                                            :
        Plaintiff,                                          :
                                                            :
      vs.                                                :
                                                            :
CHINA NORTHEAST PETROLEUM                                   : No. 12 CV 8696 (NRB)
HOLDINGS LIMITED; WANG HONGJUN                              :
(a/k/a Hongjun Wang); JU GUIZHI (a/k/a                      : ECF Case
Guizhi Ju); and JIANG CHAO (a/k/a Chao                      :
Jiang),                                                     : **ORAL ARGUMENT REQUESTED**
                                                            :
        Defendants,                                         :
                                                            :
JIANG MINGFU (a/k/a Mingfu Jiang); and                      :
SUN JISHUANG (a/k/a Jishuang Sun),                          :
                                                            :
        Relief Defendants.                                  :
------------------------------------------------------------x

## NOTICE OF DEFENDANT JIANG CHAO'S MOTION TO DISMISS PLAINTIFF UNITED STATES SECURITIES AND EXCHANGE COMMISSION'S COMPLAINT <u>WITH PREJUDICE</u>

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum Of Law Of Defendant Jiang Chao In Support Of His Motion To Dismiss Plaintiff United States Securities And Exchange Commission's Complaint With Prejudice, Defendant Jiang Chao will move this Court, before the Honorable Naomi Reice Buchwald, United States District Judge, at a time and date to be determined by the Court at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007-1312, Courtroom 21A, for an Order dismissing all claims against Defendant Jiang Chao with prejudice, and granting such other and further relief as the Court deems just and proper.

Dated: San Francisco, CA
April 12, 2013

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Thad A. Davis

Thad A. Davis (SBN 3009628)
Michael Li-Ming Wong (Admitted *Pro Hac Vice*)
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:    415.393.8306

Barry Goldsmith
200 Park Avenue (SBN 4857694)
New York, NY 10166-0193
Telephone:    212.351.2440
Facsimile:    212.351.5340

Attorneys for JIANG CHAO