UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>CHINA NORTHEAST PETROLEUM HOLDINGS LIMITED; WANG HONGJUN (a/k/a/ Hongjun Wang); JU GUIZHI (a/k/a Guizhi Ju); and JIANG CHAO (a/k/a Chao Jiang),<br><br>Defendants,<br><br>JIANG MINGFU (a/k/a Mingfu Jiang); and SUN JISHUANG (a/k/a Jishuang Sun),<br><br>Relief Defendants. | INDEX NO. 12 cv 8696<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 04/16/2013 |

Upon the motion of Geoffrey H. Coll, attorney for Defendants Wang Hongjun (a/k/a Hongjun Wang) and Relief Defendant Sun Jishuang (a/k/a Jishuang Sun) and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Applicants' Names: Leslie Ann Maria
> Firm Name: Schiff Hardin LLP
> Address: 901 K Street, NW
> City/State/Zip: Washington, DC  20006
> Telephone/Fax: 202 778-6400/202 778-6460
> Email Address: lmaria@schiffhardin.com

is admitted to practice pro hac vice as counsel for Defendants Wang Hongjun (a/k/a Hongjun Wang); and Relief Defendant Sun Jishuang (a/k/a Jishuang Sun), in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: April 15, 2013
City, State: New York, NY

_____
United States District/Magistrate Judge

DC\80530063.3

-2-