**MEMO ENDORSED**

MEMO ENDORSED



UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
100 First Street, N.E.
Washington, D.C. 20549-5977

**DIVISION OF
ENFORCEMENT**

**Alfred A. Day**
**Assistant Chief Litigation Counsel**
Direct dial: 202-551-4702
Fax: 202-772-9292
Email: daya@sec.gov

April 25, 2013

VIA FACSIMILE

Hon. Naomi Reice Buchwald
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

RECEIVED IN CHAMBERS
OF NAOMI REICE BUCHWALD
APR 25 2013
UNITED STATES COURT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/29/2013

Re: SEC v. China Northeast Petroleum Holdings Ltd., et al.
Civil Action No. 1:12-cv-08696-NRB

Dear Judge Buchwald,

I am writing as counsel for the United States Securities and Exchange Commission ("SEC") in the above-captioned case regarding defendants' three pending motions to dismiss the SEC's complaint, each of which was filed on April 12, 2013. The SEC's oppositions to defendants' motions are currently due April 29, 2013 and the defendants' replies, if any, would be due May 9, 2013. The parties have conferred and respectfully request that the Court approve the following modified briefing schedule:

- May 17, 2013 – The SEC will file a consolidated opposition to defendants' motions to dismiss.

- May 31, 2013 – Defendants may each file a reply in support of their respective motions.

*So Ordered.*

*Buchwald, USDJ*
*4/26/13*

MEMO ENDORSED

Thank you for your consideration in this matter.

Sincerely,

Alfred A. Day
Assistant Chief Litigation Counsel

cc: Thad A. Davis, Esq. (VIA EMAIL)
Michael Wong, Esq. (VIA EMAIL)
Michael J. Coffino, Esq. (VIA EMAIL)
Jamie Santos, Esq. (VIA EMAIL)
Ralph DeMartino, Esq. (VIA EMAIL)
Geoffrey Coll, Esq. (VIA EMAIL)