UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

              Plaintiff,

vs.

CHINA NORTHEAST PETROLEUM
HOLDINGS LIMITED; WANG HONGJUN
(a/k/a Hongjun Wang); JU GUIZHI (a/k/a
Guizhi Ju); and JIANG CHAO (a/k/a Chao
Jiang),

              Defendants,

JIANG MINGFU (a/k/a Mingfu Jiang); and
SUN JISHUANG (a/k/a Jishuang Sun),

              Relief Defendants.

Case No. 12-CV-8696 (NRB)
ECF Case



USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/21/2013

---

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Ansu N. Banerjee for admission to practice Pro Hac Vice in the above captioned matter is granted.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia (active) and the Commonwealth of Virginia (inactive); and that his contact information is as follows:

    Ansu N. Banerjee
    Senior Counsel
    United States Securities and Exchange Commission
    Division of Enforcement
    100 F Street NE
    Washington, D.C. 20549
    Tel. (202) 551-5673
    banerjeea@sec.gov

Applicant having requested admission Pro Hac Vice to appear as counsel for the United States Securities and Exchange Commission in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the Pro Hac Vice fee to the Clerk of Court, if applicable.

Dated: August 20, 2013

Judge Naomi Reice Buchwald