Case 1:12-cv-08696-NRB Document 43-2 Filed 07/30/13 Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>vs.<br><br>CHINA NORTHEAST PETROLEUM HOLDINGS LIMITED; WANG HONGJUN (a/k/a Hongjun Wang); JU GUIZHI (a/k/a Guizhi Ju); and JIANG CHAO (a/k/a Chao Jiang),<br><br>                              Defendants,<br><br>JIANG MINGFU (a/k/a Mingfu Jiang); and SUN JISHUANG (a/k/a Jishuang Sun),<br><br>                              Relief Defendants. | Case No. 12-CV-8696 (NRB)<br>ECF Case |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/21/2013

## **ORDER FOR ADMISSION PRO HAC VICE**

The motion of Alfred A. Day for admission to practice *pro hac vice* in the above captioned matter is granted.

Applicant has declared that he is a member in good standing of the bars of the Commonwealth of Massachusetts (active) and the State of Washington (inactive); and that his contact information is as follows:

> Alfred A. Day
> Assistant Chief Litigation Counsel
> United States Securities and Exchange Commission
> Division of Enforcement
> 100 F Street NE
> Washington, D.C. 20549
> Tel. (202) 551-4702
> daya@sec.gov

Applicant having requested admission *pro hac vice* to appear as counsel for the United States Securities and Exchange Commission in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately forward the *pro hac vice* fee to the Clerk of Court, if applicable.

Dated: August 20, 2013

Judge Naomi Reice Buchwald

2