**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> CHINA NORTHEAST PETROLEUM HOLDINGS LIMITED; WANG HONGJUN, (a/k/a Hongjun Wang); JU GUIZHI (a/k/a Guizhi Ju); and JIANG CHAO (a/k/a/ Chao Jiang) <br><br> Defendants, <br><br> JIANG MINGFU (a/k/a Mingfu Jiang); and SUN JISHUANG (a/k/a Jishuang Sun), <br><br> Relief Defendants. | Case No. 12-CV-8696 (NRB) <br> ECF Case |

**PLAINTIFF'S RESPONSE TO SCHIFF HARDIN LLP'S MOTION TO**
**WITHDRAW AS COUNSEL FOR HONGUN WANG AND SUN JISHUANG**

By motion dated October 11, 2013 and filed under seal, Schiff Hardin LLP has moved to

withdraw as counsel for Defendant Wang Hongjun ("Wang") and Relief Defendant Sun Jishuang

("Sun").  See Dkt. No. 54.  Plaintiff, the United States Securities and Exchange Commission (the

"Commission"), has no knowledge of the grounds for withdrawal and, in any event, takes no

position on the motion to withdraw.  However, the Commission respectfully requests that the

Court order, as a condition of withdrawal, if granted, that (i) current contact information for

Wang and Sun be provided to the Court and counsel for the remaining parties and (ii) ECF

- 2 -

accounts be established for Wang and Sun to assure proper service and notice going forward.

Dated:  October 16, 2013                                Respectfully submitted,

  /s/ *Ansu N. Banerjee*_____
Alfred A. Day
Ansu N. Banerjee
U.S. Securities & Exchange Commission
100 F Street, N.E.
Washington, DC  20549
Tel:  (202) 551-4702 (Day)

Counsel for Plaintiff