UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, Plaintiff, v. CHINA NORTHEAST PETROLEUM HOLDINGS LIMITED; WANG HONGJUN, (a/k/a Hongjun Wang); JU GUIZHI (a/k/a Guizhi Ju); and JIANG CHAO (a/k/a/ Chao Jiang) Defendants, JIANG MINGFU (a/k/a Mingfu Jiang); and SUN JISHUANG (a/k/a Jishuang Sun), Relief Defendants. | Case No. 12-CV-8696 (NRB) ECF Case USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 10/29/2013 |

## ORDER SUBSTITUTING PLAINTIFF'S COUNSEL

WHEREAS, Plaintiff United States Securities and Exchange Commission (the "Commission") has filed a motion for the entry of an order substituting Alfred A. Day, being duly authorized to practice before this Court, as lead counsel for the Plaintiff and to remove Alexander M. Vasilescu from the docket as appearing for the Plaintiff,

IT IS HEREBY ORDERED that Plaintiff's motion to substitute counsel is GRANTED and the Clerk of the Court is hereby directed to remove Mr. Vasilescu from the docket and list Mr. Day as the lead counsel for Plaintiff.

Dated: _October 28_, 2013

_[signature]_
The Honorable Naomi Reice Buchwald
United States District Judge

- 1 -