UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                             Plaintiff,        **O R D E R**

          - v -                      12 Civ. 8696 (NRB)

CHINA NORTHEAST PETROLEUM HOLDINGS
LIMITED; WANG HONGJUN (a/k/a Hongjun
Wang); JIANG CHAO a/k/a Chao Jiang);
and JU GUIZHI a/k/a Guizhi Ju),

                            Defendants,

JIANG MINGFU (a/k/a Mingfu Jiang);
and SUN JISHUANG (a/k/a Jishuang Sun),

                          Relief Defendants.

-------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** Schiff Hardin LLP, counsel for defendant Wang Hongjun ("Wang") and relief defendant Sun Jishuang ("Sun"), has filed a motion to withdraw as attorney of record; and

    **WHEREAS** counsel's motion is granted; and

    **WHEREAS** Wang and Sun currently have pending before the Court a motion to dismiss; and

    **WHEREAS** the Court, pursuant to Local Electronic Case Filing ("ECF") Rule 2.2(a), may "require a pro se party to a pending civil action to register as a Filing User in the ECF system solely for the purposes of that action"; and

**WHEREAS** the Court may require that litigants who seek relief participate in the litigation in accordance with the Court's rules and its inherent authority; it is hereby

**ORDERED** that Wang and Sun retain new counsel or establish ECF accounts within thirty (30) days; and it is further

**ORDERED** that the failure to appear either through counsel or <u>pro se</u> may result in sanctions and/or dismissal of their pending motion to dismiss.

Dated: New York, New York
November 27, 2013

/s/ Naomi Reice Buchwald
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/13

2

A copy of the foregoing Order has been mailed on this date to the following:

**Attorneys for Plaintiff**
Alfred A. Day, Esq.
Ansu N. Banerjee, Esq.
Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549-4030

**Attorneys for Defendants**
Geoffrey H. Coll, Esq.
Ralph V. De Martino, Esq.
Schiff Hardin LLP
666 Fifth Avenue, 17th Floor
New York, NY 10103