**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

CHINA NORTHEAST PETROLEUM HOLDINGS LIMITED; WANG HONGJUN, (a/k/a Hongjun Wang); JU GUIZHI (a/k/a Guizhi Ju); and JIANG CHAO (a/k/a/ Chao Jiang)

Defendants,

JIANG MINGFU (a/k/a Mingfu Jiang); and SUN JISHUANG (a/k/a Jishuang Sun),

Relief Defendants.

Case No. 12-CV-8696 (NRB)
ECF Case

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S *EX PARTE* MOTION TO STRIKE DEFENDANTS WANG AND SUN'S JOINT MOTION TO DISMISS COMPLAINT**

Plaintiff, the United States Securities and Exchange Commission (the "Commission"), respectfully submits this memorandum of law in support of its *ex parte* motion to strike defendant Wang Hongjun ("Wang") and relief defendant Sun Jishuang's ("Sun") Joint Motion to Dismiss the Complaint with Prejudice (Dkt. No. 31) and requiring Wang and Sun to file an answer to the Commission's complaint within fourteen (14) days.

On November 27, 2013, the Court entered an order granting Schiff Hardin LLP's motion to withdraw as counsel for Wang and Sun in this matter and required that Wang and Sun within thirty (30) days either (i) register as a Filing User in the Electronic Case Filing ("ECF") system solely for the purposes of this action pursuant to Local ECF Rule 2.2(a), or (ii) retain new

counsel. (Dkt. No. 65) The Court further ordered that "failure to appear either through counsel or *pro se* may result in sanctions and/or dismissal of their pending motion to dismiss." The deadline for Wang and Sun to appear pursuant to the Court's November 27, 2013 Order was December 27, 2013. To the Commission's knowledge, as of the filing of this motion, neither Wang nor Sun has appeared through counsel or *pro se*.

For the foregoing reasons, the Commission respectfully requests that the Court enter an order striking Wang and Sun's Joint Motion to Dismiss the Complaint with Prejudice (Dkt. No. 31) and requiring them to file an answer within fourteen (14) days pursuant to Fed. R. Civ. P. 12(a)(4)(A).

Dated: December 31, 2013

Respectfully submitted,

_*/s/ Ansu N. Banerjee*_______
Alfred A. Day
Ansu N. Banerjee
U.S. Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549
Tel: (202) 551-4702 (Day)

Counsel for Plaintiff