UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CHINA NORTHEAST PETROLEUM HOLDINGS LIMITED; WANG HONGJUN (a/k/a Hongjun Wang); JU GUIZHI (a/k/a Guizhi Ju); and JIANG CHAO (a/k/a Chao Jiang),<br><br>Defendants,<br><br>JIANG MINGFU (a/k/a Mingfu Jiang); and SUN JISHUANG (a/k/a Jishuang Sun),<br><br>Relief Defendants. | Case No. 1:12-cv-08696-NRB<br><br>**ORDER FOR ADMISSION PRO HAC VICE**<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 01.10.2014 |

The motion of Joseph N. Akrotirianakis for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the State of California and that his contact information is as follows:

JOSEPH N. AKROTIRIANAKIS
Hobart Linzer LLP
777 S. Figueroa Street, Suite 4000
Los Angeles, CA 90017
Telephone: (213) 225-8900
Facsimile: (213) 225-8929
jakro@hobartlinzer.com

1

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Wang Hongjun in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: January 9, 2014

Honorable Naomi Reice Buchwald
United States District Judge

73697