UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------x
                                                           :
UNITED STATES SECURITIES AND                               :
EXCHANGE COMMISSION,                                       :
                                                           :
                Plaintiff,                                 :
                                                           :
        vs.                                                :
                                                           :
CHINA NORTHEAST PETROLEUM                                  :   No. 12 CV 8696 (NRB)
HOLDINGS LIMITED; WANG HONGJUN                             :
(a/k/a Hongjun Wang); JU GUIZHI (a/k/a                     :   ECF Case
Guizhi Ju); and JIANG CHAO (a/k/a Chao                     :
Jiang),                                                    :
                                                           :
                Defendants,                                :
                                                           :
JIANG MINGFU (a/k/a Mingfu Jiang); and                     :
SUN JISHUANG (a/k/a Jishuang Sun),                         :
                                                           :
                Relief Defendants.                         :
                                                           :
                                                           :
-----------------------------------------------------------x
```

**NOTICE OF ACTIVITY IN PARALLEL CRIMINAL PROCEEDINGS**

THAD A. DAVIS
MICHAEL LI-MING WONG
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:    415.393.8306

*Attorneys for Chao Jiang*

**PLEASE TAKE NOTICE** of the following events relevant to the above captioned matter.

On April 12, 2013, Chao Jiang filed a Motion to Dismiss Plaintiff United States Securities and Exchange Commission's Complaint with Prejudice (Dkt. No. 25) ("Motion to Dismiss"), and a corresponding Memorandum of Law in Support (Dkt. No. 26).  The Motion to Dismiss is currently pending before the Court.  In the intervening time period, the United States Department of Justice filed a criminal indictment against Mr. Jiang, among others, in the District of Columbia on the basis of the same alleged facts at issue in the case before this Court.[1]

On October 15, 2013, this Court – recognizing the potential for due process abuses posed by the SEC's discovery demands – granted Defendants' joint requests to stay discovery proceedings pending the outcome of the parallel criminal action against Mr. Jiang.

The parallel criminal proceedings have continued apace, and on January 7, 2014, Judge Richard J. Leon entered the following hearing and trial schedule:

*First*, on February 4, 2014, Judge Leon will hear the following motions that are currently pending on behalf of Mr. Jiang: (1) Motion to Suppress Evidence Obtained from the SEC Investigation, for an evidentiary hearing, and to dismiss counts 6 and 7 of the criminal indictment; (2) Motion to dismiss counts 2-5 of the criminal indictment for failure to charge an offense; (3) Motion to strike surplusage from the criminal indictment; and (4) Motion for bill of particulars.

*Second*, the jury selection in the criminal action will proceed on March 20, 2014, with the trial commencing on March 24, 2014.  The pretrial conference will take place on March 6, 2014. A copy of the hearing and trial schedule entered by Judge Leon is attached hereto as Exhibit A.

---

[1] *United States v. Wang, et al.*, No. 1:13-cr-00152 (D.D.C.) (Leon, J.).

Respectfully submitted on January 23, 2014

By: _____/s/ Michael Li-Ming Wong_____

THAD A. DAVIS
MICHAEL LI-MING WONG
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Chao Jiang*

## PROOF OF SERVICE

I, Ariella Jones, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921, in said County and State. On January 23, 2014, I served the following document:

### NOTICE OF ACTIVITY IN PARALLEL CRIMINAL PROCEEDINGS

on the parties stated below, by the following means of service:

- ☑ **BY ELECTRONIC TRANSFER TO THE CM/ECF SYSTEM**: On this date, I electronically uploaded a true and correct copy in Adobe "pdf" format the above-listed document(s) to the United States District Court's Case Management and Electronic Case Filing (CM/ECF) system. After the electronic filing of a document, service is deemed complete upon receipt of the Notice of Electronic Filing ("NEF") by the registered CM/ECF users.

- ☑ **(FEDERAL)**   I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 23, 2014.

                                                 /s/Ariella Jones
                                                 Ariella Jones

# Exhibit A

| | |
|---|---|
| From: | DCD_ECFNotice@dcd.uscourts.gov |
| Sent: | Tuesday, January 07, 2014 11:30 AM |
| To: | DCD_ECFNotice@dcd.uscourts.gov |
| Subject: | Activity in Case 1:13-cr-00152-RJL USA v. HONGJUN et al Set/Reset Hearings |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

**District of Columbia**

**Notice of Electronic Filing**

The following transaction was entered on 1/7/2014 at 2:30 PM EDT and filed on 1/7/2014
**Case Name:**      USA v. HONGJUN et al
**Case Number:**    1:13-cr-00152-RJL
**Filer:**
**Document Number:** No document attached

Docket Text:
**Set/Reset Hearings as to CHAO JIANG: Motion Hearing set for 2/4/2014 at 11:30 AM in Courtroom 18 before Judge Richard J. Leon. Pretrial Conference set for 3/6/2014 at 11:30 AM in Courtroom 18 before Judge Richard J. Leon. Jury Trial set for 3/20/2014 at 10:00 AM in Courtroom 18 before Judge Richard J. Leon. (tb, )**

**1:13-cr-00152-RJL-2 Notice has been electronically mailed to:**

Thad Alan Davis    TADavis@gibsondunn.com

David S. Johnson    david.johnson@usdoj.gov, Corinne.Kleinman@usdoj.gov, USADC.CriminalDocket@usdoj.gov, diane.hayes@usdoj.gov, usadc.ecffraud@usdoj.gov

Daniel S. Kahn    Daniel.Kahn@usdoj.gov

Joseph Mattingly Williams    jmwilliams@gibsondunn.com

Kevin Brian Muhlendorf    kevin.muhlendorf@usdoj.gov, whitney.suflas@usdoj.gov

1

Michael Charles McGinnis   mmcginnis@gibsondunn.com, NMcMillan@gibsondunn.com, kringdowell@gibsondunn.com

**1:13-cr-00152-RJL-2 Notice will be delivered by other means to::**

Daniel Chung
GIBSON, DUNN & CRUTCHER, LLP
1050 Connecticut Avenue, NW
Washington, DC 20036

Michael Li-Ming Wong
GIBSON, DUNN & CRUTCHER LLP
555 Misson Street
Suite 3000
San Francisco, CA 94105-0921

2