UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                          Plaintiff,    **MEMORANDUM AND ORDER**

             - v -                                12 Civ. 8696 (NRB)

CHINA NORTHEAST PETROLEUM HOLDINGS
LIMITED; WANG HONGJUN (a/k/a Hongjun
Wang); JIANG CHAO a/k/a Chao Jiang);
and JU GUIZHI a/k/a Guizhi Ju),

                         Defendants,

JIANG MINGFU (a/k/a Mingfu Jiang);
and SUN JISHUANG (a/k/a Jishuang Sun),

                   Relief Defendants.

------------------------------------X

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

      This Memorandum and Order addresses plaintiff's <u>ex parte</u> motion to strike defendants Wang Hongjun and Sun Jishuang's joint motion to dismiss, filed on December 31, 2013. In light of the appearance of counsel on behalf of Wang, plaintiff's motion to strike is denied. We recognize that counsel has not filed an appearance on behalf of relief defendant Sun, but given that the motion to dismiss with be addressed in any event and that resolution on the merits is preferable, we also deny the motion to strike the joint motion to dismiss as to Sun alone.

Dated:      New York, New York
            January *31*, 2014

 

                                                  NAOMI REICE BUCHWALD
                                                  UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

**Attorneys for Plaintiff**
Alfred A. Day, Esq.
Ansu N. Banerjee, Esq.
Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549-4030

**Attorneys for Defendants**
Michael J. Coffino, Esq.
Jaime J. Santos, Esq.
Coffino Law Group, LLP
201 Spear Street, Suite 1100
San Francisco, CA 94105

Thad A. Davis, Esq.
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105

Joseph N. Akrotirianakis
Hobart Linzer LLP
777 S. Figueroa Street, Suite 4000
Los Angeles, CA 90017