Michael J. Coffino (Admitted *Pro Hac Vice*)
Jaime J. Santos (JS-3361)
COFFINO LAW GROUP, LLP
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone (415) 426-3530
Fax (415) 426-3531

Attorneys for Defendant
CHINA NORTHEAST
PETROLEUM HOLDINGS LIMITED

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>   vs.<br><br>CHINA NORTHEAST PETROLEUM HOLDINGS LIMITED; WANG HONGJUN, (a/k/a Hongjun Wang); JU GUIZHI (a/k/a Guizhi Ju); and JIANG CHAO (a/k/a/ Chao Jiang)<br><br>              Defendants,<br><br>JIANG MENGFU (a/k/a Mingfu Jiang); and SUN JISHUANG (a/k/a Jishuang Sun),<br><br>              Relief Defendants. | No. 12-CV-8696 (NRB)<br>ECF |

### CHINA NORTH EAST PETROLEUM HOLDINGS LIMITED'S
### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant China North East Petroleum Holdings Limited, which is incorporated in the State of Nevada, hereby certifies that China North East Petroleum Holdings Limited has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

- 1 -

Dated: May 15, 2014                                                  COFFINO LAW GROUP, LLP

                                                    By: /s/ Michael J. Coffino
                                                        Michael J. Coffino (Admitted *Pro Hac Vice*)
                                                        Jaime J. Santos (JS3361)
                                                         201 Spear Street, Suite 1100
                                                        San Francisco, California 94105
                                                        Telephone: (415) 426-3530

                                                        *Attorneys for Defendant*
                                                        CHINA NORTH EAST PETROLEUM
                                                        HOLDINGS LIMITED