UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------

U.S. Securities and Exchange Commission,

Plaintiff,

Case No. 1:12-cv-08696-NRB

-against-

China Northeast Petroleum Holdings, Ltd., et al. (Wang)

Defendant.
----------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending         [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__JOSEPH N. AKROTIRIANAKIS__
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____   My State Bar Number is _197971 (CA)_

I am,

[ ] An attorney
[ ] A Government Agency attorney
[✔] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: _Hobart Linzer LLP_
            FIRM ADDRESS: _777 S. Figueroa St., Los Angeles, CA 90017_
            FIRM TELEPHONE NUMBER: _213 225 8900_
            FIRM FAX NUMBER: _213 225 8929_

NEW FIRM:   FIRM NAME: _Atkinson Andelson Loya Ruud & Romo_
            FIRM ADDRESS: _12800 Center Court Drive, Cerritos, CA 90703_
            FIRM TELEPHONE NUMBER: _562 653 3200_
            FIRM FAX NUMBER: _562 653 3333_

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: MAY 15, 2014              /S/ Joseph N. Akrotirianakis
                                 ATTORNEY'S SIGNATURE