```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                    Plaintiff,

        -against -

CHINA NORTHEAST PETROLEUM HOLDINGS
LIMITED; WANG HONGJUN (a/k/a
Hongjun Wang); JU GUIZHI (a/k/a Guizhi
Ju); and JIANG CHAO a/k/a Chao Jiang),

                    Defendants,

JIANG MINGFU (a/k/a Mingfu Jiang);
and SUN JISHUANG (a/k/a Jishuang Sun),

                    Relief Defendants.
-------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/09/2014

CORRECTING MEMORANDUM

12 Civ. 8696 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

In the Memorandum and Order in this case, issued on March 27, 2014, the sentence beginning on Page 20, Line 18, should read as follows: "But the fact that the Company continued to make legitimate expenditures at the same time that it was engaging in related-party activity does not absolve CNEP of the responsibility to include these related-party transactions in its SEC filings." In addition, defendant Ju Guizhi was inadvertently omitted from the original caption.

SO ORDERED.

Dated:   New York, New York
         June 9, 2014

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Copies of the foregoing Memorandum and Order have been mailed on this date to the following:

Alfred A. Day, Esq.
Ansu N. Banerjee, Esq.
Securities and Exchange Commission
100 F Street, N.E.
Washington, DC 20549

Michael J. Coffino, Esq.
Jaime J. Santos, Esq.
Coffino Law Group, LLP
201 Spear Street, Suite 1100
San Francisco, CA 94105

Joseph N. Akrotirianakis, Esq.
Hobart Linzer LLP
777 S. Figueroa Street, Suite 4000
Los Angeles, CA 90017

Thad A. Davis, Esq.
Gibson, Dunn & Crutcher LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105