UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

United States Securities and
Exchange Commission,   Plaintiff,

Case No. 12-cv-8696 (NRB)

-against-

China North East Petroleum
Holdings Limited, et al.,   Defendant.
--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Ansu N. Banerjee**
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,

[ ] An attorney
[✓] A Government Agency attorney
[✓] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: U.S. Securities and Exchange Commission
            FIRM ADDRESS: 100 F Street, N.E., Washington, DC 20549
            FIRM TELEPHONE NUMBER: (202) 551-5673
            FIRM FAX NUMBER: (202) 772-9240

NEW FIRM:   FIRM NAME: U.S. Securities and Exchange Commission
            FIRM ADDRESS: 5670 Wilshire Blvd., 11th Fl., Los Angeles, CA 90036
            FIRM TELEPHONE NUMBER: (323) 965-3313
            FIRM FAX NUMBER: (323) 965-3815

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance
    was entered on _____ by Judge_____.

Dated: July 18, 2014

ATTORNEY'S SIGNATURE