UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>vs.<br><br>CHINA NORTHEAST PETROLEUM HOLDINGS LIMITED et al.,<br><br>               Defendants, | No. 12 CV 8696 (NRB)<br><br>ECF Case |

**RESPONSE OF WANG HONGJUN TO MOTION FOR LIMITED RELIEF FROM DISCOVERY STAY AND FOR ISSUANCE OF SUMMONSES**

Defendant Hongjun Wang does not oppose the motion of the United States Securities and Exchange Commission. To the extent the Court grants any relief from the discovery stay, however, Mr. Wang reserves all rights to make objections to any interrogatory or document request propounded.

Dated: August 4, 2014

Respectfully submitted,

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

By:   *s/ Joseph N. Akrotirianakis*
    JOSEPH N. AKROTIRIANAKIS
    (Admitted *pro hac vice*)
    JAkro@aalrr.com
    12800 Center Court Drive, Suite 300
    Cerritos, CA 90703
    Telephone: 562.653.3200
    Facsimile: 562.653.3333

*Attorneys for Wang Hongjun*