UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>CHINA NORTHEAST PETROLEUM HOLDINGS LIMITED; WANG HONGJUN, (a/k/a Hongjun Wang); JU GUIZHI (a/k/a Guizhi Ju); and JIANG CHAO (a/k/a/ Chao Jiang)<br><br>Defendants,<br><br>JIANG MINGFU (a/k/a Mingfu Jiang); and SUN JISHUANG (a/k/a Jishuang Sun),<br><br>Relief Defendants. | Case No. 12-CV-8696 (NRB)<br>ECF Case<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY F!!<br>DOC #:_____<br>DATE FILED: 08/15/2014 |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LIMITED RELIEF FROM DISCOVERY STAY AND FOR ISSUANCE OF SUMMONSES

This matter came before the Court upon the motion of Plaintiff, the United States Securities and Exchange Commission, for limited relief from the discovery stay in this case and for issuance of additional summonses to Defendant Ju.

Having considered Plaintiff's motion, all papers filed in opposition and in support thereof, and the arguments of counsel, if any, and having found that the relief requested is warranted in law and fact, it is hereby

ORDERED that Plaintiff's motion is GRANTED; it is further

ORDERED that the Clerk of the Court shall issue additional summonses to Defendant Ju at Plaintiff's request; and it is further

- 1 -

ORDERED that leave is hereby granted for Plaintiff to serve upon Defendants limited discovery requests in the substantially the form set forth in Plaintiff's motion.

Dated: *August 14*, 2014

*Naomi Reice Buchwald*
The Honorable Naomi Reice Buchwald
United States District Judge