UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>  vs.<br><br>CHINA NORTHEAST PETROLEUM HOLDINGS LIMITED; WANG HONGJUN (a/k/a Hongjun Wang); JU GUIZHI (a/k/a Guizhi Ju); and JIANG CHAO (a/k/a Chao Jiang),<br><br>        Defendants,<br><br>JIANG MINGFU (a/k/a Mingfu Jiang); and SUN JISHUANG (a/k/a Jishuang Sun),<br><br>        Relief Defendants. | Case No. 12-CV-8696 (NRB)<br>ECF Case |

## NOTICE OF GUILTY PLEA IN RELATED CRIMINAL CASE

  Plaintiff, the United States Securities and Exchange Commission (the "Commission"), respectfully informs the Court that on September 3, 2014, Defendant Jiang Chao (a/k/a Chao Jiang) ("Jiang") entered a guilty plea as to Count I of the superseding information filed in the related criminal case captioned *United States v. Hongjun, et al.*, D.D.C. Case No. 1:13-CR-152-RJL.[1] For the Court's convenience, publicly filed copies of the superseding information, statement of the offense, plea agreement, and waiver of jury trial, along with a copy of the public docket as of today's date, are attached as Exhibit 1.

---

[1] Defendant Hongjun Wang (a/k/a Wang Hongjun) is the sole remaining defendant in the related criminal case, and remains a fugitive.

1

Dated:  September 4, 2013                    Respectfully submitted,

*/s/ Alfred A. Day*
Alfred A. Day
Assistant Chief Litigation Counsel
United States Securities and
 Exchange Commission
100 F Street, N.E.
Washington, DC 20549-4030
Tel: (202) 551-4702

Ansu N. Banerjee
Senior Counsel
United States Securities and
 Exchange Commission
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA  90036
Telephone: (323) 965-3313

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 4, 2014, the foregoing document was filed through the Court's ECF system, and counsel has relied upon that system's service upon all counsel of record.

*/s/ Alfred A. Day*