**MEMO ENDORSED**

# ATKINSON, ANDELSON, LOYA, RUUD & ROMO

A PROFESSIONAL CORPORATION

ATTORNEYS AT LAW

12800 CENTER COURT DRIVE SOUTH, SUITE 300
CERRITOS, CALIFORNIA 90703-9364
(562) 653-3200 • (714) 826-5480

FAX (562) 653-3333
WWW.AALRR.COM

| FRESNO | IRVINE | PASADENA | PLEASANTON |
|---|---|---|---|
| (559) 225-6700 | (949) 453-4260 | (626) 583-8600 | (925) 227-9200 |

| RIVERSIDE | SACRAMENTO | SAN DIEGO |
|---|---|---|
| (951) 683-1122 | (916) 923-1200 | (858) 485-9526 |

OUR FILE NUMBER:

000455 00001
12484795.1

September 29, 2014

*VIA ECF AND FACSIMILE (212) 805-7927*

```
                              DOCUMENT
Honorable Naomi Reice Buchwald
United States District Court  ELECTRONICALLY FILED
for the Southern District of New York
United States Courthouse      DOC #: _____
500 Pearl Street              DATE FILED: 09/30/2014
New York, NY 10007-1312
```

Re:   **SEC v. China Northeast Petroleum Holdings Ltd., et al., No. 12-CV-8696**

Dear Judge Buchwald:

Atkinson, Andelson, Loya, Rudd & Romo ("AALRR") is counsel to individual defendant Hongjun Wang ("Mr. Wang") in the above-referenced action.

Pursuant to your Honor's Individual Practices Rule No. 2.B., AALRR respectfully requests a pre-motion conference to obtain leave to file a Motion to Withdraw as counsel to Mr. Wang in this action, or in the alternative, leave to file such Motion to Withdraw without a pre-motion conference.

AALRR's Motion to Withdraw is substantively based on information obtained in and during privileged and confidential attorney-client communications. Therefore, consistent with our ongoing obligation to preserve the confidentiality of such communications, and to avoid prejudicing Mr. Wang's related rights, we also respectfully request that the Court "so order" this letter permitting us to file our Motion to Withdraw and supporting documents under seal.

Respectfully submitted,

ATKINSON, ANDELSON, LOYA, RUUD & ROMO

/s/ Joseph N. Akrotirianakis

Joseph N. Akrotirianakis

JNA:jag

*Endorsement (handwritten):* ENDORSEMENT — A motion to withdraw may be filed without a pre-motion conference.

/s/ Naomi Reice Buchwald, USDJ

September 30, 2014

**MEMO ENDORSED**