Buchwald, N

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/20/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

    Plaintiff,

v.

CHINA NORTHEAST PETROLEUM HOLDINGS
LIMITED; WANG HONGJUN, (a/k/a Hongjun
Wang); JU GUIZHI (a/k/a Guizhi Ju); and JIANG
CHAO (a/k/a/ Chao Jiang)

    Defendants,

JIANG MINGFU (a/k/a Mingfu Jiang); and SUN
JISHUANG (a/k/a Jishuang Sun),

    Relief Defendants.

Case No. 12-CV-8696 (NRB)
ECF Case

### [PROPOSED] ORDER ON MOTION FOR RELIEF FROM LOCAL RULE 55.2(c) AS TO MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT JU GUIZHI (A/K/A GHUIZI JU)

This matter came before the Court upon the motion of Plaintiff, the United States Securities and Exchange Commission, for relief from the requirement under S.D.N.Y. Local Rule 55.2(c) that a party seeking default judgment mail its motion papers to the party against whom default is sought, in this case Defendant Ju Ghuizi (a/k/a Ghuizi Ju) ("Ju").

Having considered Plaintiff's motion, all papers filed in opposition and in support thereof, and the arguments of counsel, if any, and having found that the relief requested is warranted in law and fact, it is hereby

ORDERED that Plaintiff's motion is GRANTED; it is further

ORDERED that Plaintiff is relieved of the requirement under S.D.N.Y. Local Rule 55.2(c) to mail or otherwise deliver its default judgment papers to Defendant Ju.

IT IS SO ORDERED.

Dated: September 20, 2016

The Honorable Naomi Reice Buchwald
United States District Judge